| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **COMPLETE BEVERAGE CENTER INC** | |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  101 Liquors** | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **36-4765801** | |
| 4. | Debtor's address | **Principal place of business**<br><br>**1401 E Sample Road**<br>**Pompano Beach, FL 33064**<br>Number, Street, City, State & ZIP Code<br><br>**Broward**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Debtor  **COMPLETE BEVERAGE CENTER INC**_____  Case number (*if known*)_____
      Name

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ■ None of the above |
| | | |
| | | B. *Check all that apply* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | | ____ |

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor **COMPLETE BEVERAGE CENTER INC**  Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☒ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 3

Debtor **COMPLETE BEVERAGE CENTER INC**     Case number (*if known*) _____
   Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **COMPLETE BEVERAGE CENTER INC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 20, 2024**
MM / DD / YYYY

X **/s/ ROBERT ZOGBY**
Signature of authorized representative of debtor

**ROBERT ZOGBY**
Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ David W. Langley**
Signature of attorney for debtor

Date **June 20, 2024**
MM / DD / YYYY

**David W. Langley 348279**
Printed name

**David W. Langley**
Firm name

**8551 W. Sunrise Blvd., Suite 303**
**Plantation, FL 33322**
Number, Street, City, State & ZIP Code

Contact phone  **954-356-0450**    Email address  **dave@flalawyer.com**

**348279 FL**
Bar number and State

---

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **COMPLETE BEVERAGE CENTER INC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ACS INVESTMENT ACCOUNT, LLC** 1025 WEST INDIANTOWN ROAD, SUITE 106 Jupiter, FL 33458 | | First recorded UUC-1 Financing Statement | | Unknown | $0.00 | Unknown |
| **C T CORPORATION SYSTEM, AS REPRESENTATIV** 330 N BRAND BLVD, SUITE 700; ATTN: SPRS, Glendale, CA 91203 | | Eighth recorded UUC-1 Financing Statement | | Unknown | $0.00 | Unknown |
| **CORPORATION SERVICE COMPANY, AS REPRESEN** P.O. BOX 2576, UCCSPREP@CSCINFO.COM Springfield, IL 62708 | | Second recorded UUC-1 Financing Statement | | Unknown | $0.00 | Unknown |
| **CORPORATION SERVICE COMPANY, AS REPRESEN** P.O. BOX 2576, UCCSPREP@CSCINFO.COM Springfield, IL 62708 | | Fourth recorded UUC-1 Financing Statement | | Unknown | $0.00 | Unknown |
| **Florida State Sales Tax** | | | | | | $0.00 |
| **IRUKA CAPITAL GROUP LLC** 162 ELMORA AVE, #211 Elizabeth, NJ 07202 | | Seventh recorded UUC-1 Financing Statement | | Unknown | $0.00 | Unknown |

Debtor **COMPLETE BEVERAGE CENTER INC**                    Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **LPC FUND LLC** **2645 EXECUTIVE PARK DRIVE, SUITE 123-A,** **Fort Lauderdale, FL 33331** | | **Third recorded UUC-1 Financing Statement** | | **Unknown** | **$0.00** | **Unknown** |
| **MED PROPERTIES VII, LLC, A FLORIDA LIMIT** **48 PALM AVE** **Miami Beach, FL 33139** | | **Fifth recorded UUC-1 Financing Statement** | | **Unknown** | **$0.00** | **Unknown** |
| **SECURED LENDER SOLUTIONS** **P.O. BOX 2576** **Springfield, IL 62708** | | **Sixth recorded UUC-1 Financing Statement** | | **Unknown** | **$0.00** | **Unknown** |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

```
ACS INVESTMENT ACCOUNT, LLC
1025 WEST INDIANTOWN ROAD, SUITE 106
Jupiter, FL 33458


        .


Business Credit Card




C T CORPORATION SYSTEM, AS REPRESENTATIV
330 N BRAND BLVD, SUITE 700; ATTN: SPRS,
Glendale, CA 91203




CORPORATION SERVICE COMPANY, AS REPRESEN
P.O. BOX 2576, UCCSPREP@CSCINFO.COM
Springfield, IL 62708




CORPORATION SERVICE COMPANY, AS REPRESEN
P.O. BOX 2576, UCCSPREP@CSCINFO.COM
Springfield, IL 62708




Florida State Sales Tax




IRUKA CAPITAL GROUP LLC
162 ELMORA AVE, #211
Elizabeth, NJ 07202




LPC FUND LLC
2645 EXECUTIVE PARK DRIVE, SUITE 123-A,
Fort Lauderdale, FL 33331




MED PROPERTIES VII, LLC, A FLORIDA LIMIT
48 PALM AVE
Miami Beach, FL 33139




SECURED LENDER SOLUTIONS
P.O. BOX 2576
Springfield, IL 62708
```